# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>VICTOR RAFAEL LARA (2),<br><br>Defendant. | Case No.: 22-CR-2599-BTM<br><br>**JUDGMENT AND ORDER OF DISMISSAL** |

The United States' Motion to Dismiss the Information (ECF No. 26) against Defendant Victor Rafael Lara is hereby GRANTED. The Information is DISMISSED without prejudice as to Victor Rafael Lara. Bond exonerated.

**IT IS SO ORDERED.**

DATED: August 3, 2023

HON. BARRY TED MOSKOWITZ
United States District Judge